# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TANISHA CLARK, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:16-CV-02403-CC-JKL |
| ) | |
| v. ) | |
| ) | |
| THE CBE GROUP, INC., ) | |
| an Iowa corporation, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Tanisha Clark, and Defendant, The CBE Group, Inc., an Iowa corporation, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 47(a)(1)(A)(ii), hereby stipulate to the dismissal of the above civil proceeding with prejudice, with each party to pay their own attorneys' fees and costs.

[Signatures on next page]

| | |
|---|---|
| Dated: February 1, 2017 | Respectfully Submitted, |
| **CENTRONE & SHRADER, PLLC**<br>612 W. Bay St.<br>Tampa, Florida 33606<br>Phone: (813) 360-1529<br>Fax:    (813) 336-0832 | **URBAN THIER & FEDERER, PA**<br>200 S Orange Ave, Suite 2000<br>Orlando, FL 32801<br>Phone: (407) 245-8352<br>Fax:    (407) 897-8361 |
| /s/ Sumeet Shah,<br>**SUMEET SHAH, ESQ.**<br>Georgia Bar No. 122408<br>e-mail: sshah@centroneshrader.com<br>Attorney for Plaintiff | /s/ Ernest H. Kohlmyer, III<br>**ERNEST H. KOHLMYER, III, ESQ.**<br>Georgia Bar No. 427760<br>e-mail: kohlmyer@urbanthier.com<br>Attorney for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2017, I presented a true and correct copy of the foregoing to the Clerk for the Northern District of Georgia for filing by uploading to the CM/ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Sumeet Shah
Attorney